UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

NANA BOAMPONG

                        Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22-CR-25( ) KPF

Defendant NANA BOAMPONG hereby voluntarily consents to participate in the following proceeding via X videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

X     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

X     Rule 11 Change of Plea Hearing


S/ NANA BOAMPONG
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

NANA BOAMPONG
Print Defendant's Name

*SAM BRAVERMAN*
Defendant's Counsel's Signature


SAMUEL M. BRAVERMAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/12/2022
Date

U.S. District Judge/~~U.S. Magistrate Judge~~