UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 22 Cr. 25 (KPF) |
| NANA BOAMPONG, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

    The Court has learned that defense counsel will be unavailable to appear for Mr. Boampong's currently scheduled sentencing proceeding. Accordingly, the sentencing presently scheduled for May 18, 2022, is hereby ADJOURNED to **June 1, 2022, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:  May 17, 2022
           New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge