

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

January 17, 2023

Honorable Katherine P. Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Nana Boampong*
      *Case No.: 22 Cr. 25 (KPF)*

Dear Judge Preska,

    I represent Nana Boampong, who was previously sentenced before Your Honor. Prior to sentencing, Mr. Boampong was released on bail and his passport was surrendered to Pre-Trial Services. Mr. Boampong is currently serving his sentence in the custody of the Bureau of Prisons, and requests that his passport be returned to his father Nana Badu-Boampong.

    Accordingly, pursuant to Pre-Trial Services' protocol, I respectfully request the Court order Pre-Trial Services to return the passport to Mr. Boampong's father.

    The Government has no objection to this request.

    Thank you for your attention in this matter.

    Respectfully submitted,

    s/Sam Braverman
    Sam Braverman
    Fasulo Braverman & Di Maggio, LLP
    225 Broadway, Suite 715
    New York, New York 10007
    Tel. 212-566-6213

Cc: Jon Bodansky, AUSA (via ECF)

---

**225 Broadway, Suite 715**           **505 Eighth Avenue, Suite 300**           **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**          **New York, New York 10018**               **Teaneck, New Jersey 07666**
Tel (212) 566-6213                    Tel (212) 967-0352                          Tel (201) 569-1595
Fax (212) 566-8165                    Fax (201) 596-2724                          Fax (201) 596-2724

Application GRANTED.  Pre-Trial Services is **ORDERED** to return Defendant's passport to his father.  The Government is directed to send this Order to Pre-Trial Services in order to facilitate the return of Defendant's passport.

The Clerk of Court is directed to terminate the pending motion at docket entry 35.

Dated:     January 17, 2023                SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE